IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

DAWN RASBERRY, individually and on behalf of all others similarly situated,

      Plaintiff,

-against-

ON POINT SYSTEM & MANAGEMENT INC.;

      Defendant.

Case No. 21 Civ. 6195 (ENV)(CLP)

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

---

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Dawn Rasberry, by and through her undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against the defendant On Point System & Management Inc.

Dated: New York, New York
   January 20, 2022

               Respectfully submitted,

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 1/21/2022

/s/ Eric N. Vitaliano
_____
Eric N. Vitaliano
United States District Judge
The clerk is directed to close the case.

               /s/ Armando A. Ortiz
               Armando A. Ortiz

               **FITAPELLI & SCHAFFER, LLP**
               Brian S. Schaffer
               Armando A. Ortiz
               28 Liberty Street, 30th Floor
               New York, NY 10005
               Telephone: (212) 300-0375
               aortiz@fslawfirm.com

               *Attorneys for Plaintiff*